| | |
|---|---|
| Robert P. Spretnak (Bar No. 5135) | |
| Email: *bob@spretnak.com* | |
| LAW OFFICES OF ROBERT P. SPRETNAK | |
| 8275 S. Eastern Avenue, Suite 200 | |
| Las Vegas, Nevada. 89123 | |
| Tel: (702) 454-4900   Fax: (702) 938-1055 | |

Attorneys for Plaintiff Kevin Becker

Edith S. Shea  (SBN 177578) (*pro hac vice* admission pending)
E-mail:  *eshea@bwslaw.com*
Karen T. Tsui (SBN 305869) (*pro hac vice* admission pending)
E-mail:  *ktsui@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600    Fax:  213.236.2700

Attorneys for Defendants The Paul Revere Life Insurance
Company and Unum Group

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BECKER,<br><br>  Plaintiff,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC. WELFARE PLAN,<br><br>  Defendant. | Case No.  2:19-cv-00217-JAD-NJK<br><br>**STIPULATION FOR A 3-WEEK EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)**<br><br>**[LOCAL RULE IA 6-1]**<br><br>**Complaint served: April 2, 2019<br>Current response date: April 23, 2019<br>New response date: May 14, 2019** |

    This is the first stipulation for an extension of time to respond to the Complaint. Plaintiff Kevin Becker ("Plaintiff") served Performance Food Group, Inc. Welfare Plan ("Defendant") with the Complaint on Aril 2, 2019, such that any responsive pleading would be due on April 23, 2019.  Pursuant to Local Rule IA 6-1, Plaintiff and Defendant, by and through counsel, hereby stipulate and agree that Defendant shall have a 3-week extension of time from April 23, 2019 to May 14, 2019, within which to respond to the Complaint.

///

LA #4834-1483-1764 v1                                   - 1 -

Said extension is necessary to allow Defendant's counsel time to obtain the necessary files to prepare an appropriate response.

IT IS SO STIPULATED.

Dated: April 22, 2019    LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/
    Robert P. Spretnak
Attorneys for Plaintiff Kevin Becker

Dated: April 22, 2019    BURKE, WILLIAMS & SORENSEN, LLP

By: /s/
    Edith Shea
    Karen Tsui
Attorneys for Defendant Performance Food Group, Inc. Welfare Plan

**ORDER**

IT IS SO ORDERED.

Dated: April 22, 2019

United States Magistrate Judge