# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BECKER,<br><br>    Plaintiff(s),<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC. WELFARE PLAN,<br><br>    Defendant(s). | Case No.: 2:19-cv-00217-JAD-NJK<br><br>**Order** |

Pending before the Court is the parties' proposed discovery plan and scheduling order. Docket No. 15.[1] This is an ERISA case that will be decided on the administrative record unless a showing is made to the contrary. *See* Docket No. 15 at 2. Defendant is hereby **ORDERED** to file the administrative record by August 15, 2019. The parties are further **ORDERED** to file dispositive cross-motions by November 1, 2019, with responsive briefs due by December 2, 2019, and replies due by December 16, 2019.[2]

IT IS SO ORDERED.

Dated: July 18, 2019

                                                                     _____
                                                                     Nancy J. Koppe
                                                                     United States Magistrate Judge

---

[1] The request for a settlement conference will be addressed through separate order.

[2] As ERISA cases are generally decided based on the administrative record, the Court declines to enter deadlines that may apply in the event discovery is requested. To the extent either party believes discovery is required and that the circumstances warrant a departure from the deadlines set herein, a stipulation or motion seeking relief must be filed.

1