# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN BECKER,

    Plaintiff(s),

v.

PERFORMANCE FOOD GROUP, INC., WELFARE PLAN,

    Defendant(s).

Case No.: 2:19-cv-00217-JAD-NJK

**ORDER**

In light of proceedings in the Social Security Administration, the settlement conference in this case will be continued. In the interim, all other deadlines (including for dispositive cross-motions) are **VACATED**. Either a joint status report or a stipulation to reset the settlement conference and deadlines must be filed by January 31, 2020. If the above proceedings resolve on an earlier timetable, a request to reset the settlement conference and deadlines may be filed before that date.

IT IS SO ORDERED.

Dated: October 3, 2019

                                                  Nancy J. Koppe
                                                United States Magistrate Judge