# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN BECKER,

    Plaintiff,

v.

PERFORMANCE FOOD GROUP, INC.,

    Defendant.

Case No.: 2:19-cv-00217-JAD-NJK

**Order**

Due to conflicting duties of the Court, the Court **ADVANCES** in time only the status conference set on April 3, 2020, at 10:00 a.m. to **April 3, 2020, at 9:30 a.m.**

Additionally, due to the evolving health crisis in the community and the recommendations of the CDC to ensure the safety of the community by social distancing, the Court **ORDERS** counsel to appear telephonically, rather than in person.[1]

Counsel and the parties shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: March 20, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] When the Court initially set the status hearing, the Court gave counsel the option to appear telephonically or in person. Docket No. 24. That option no longer exists. The hearing will be a telephonic hearing.

1