LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob @ spretnak.com
Attorney for Kevin Becker, Plaintiff

LEWIS ROCA ROTHGERBER CHRISTIE LLP
J. Christopher Jorgensen, Esq. (Bar No. 5382)
Adrienne Brantley-Lomeli, Esq. (Bar No. 14486)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: 702-474-2642
Fax: 702-216-6178
E-mail: Cjorgensen@lrrc.com; Abrantley@lrrc.com
Attorneys for Defendant

BURKE, WILLIAMS & SORENSEN, LLP
Edith S. Shea, Esq. (Admitted pro hac vice)
Karen T. Tsui, Esq. (Admitted pro hac vice)
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Telephone: 213-236-0600
Fax: 213-236-2700
E-mail: eshea@bwslaw.com; ktsui@bwslaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BECKER, | Case No.: 2:19-cv-00217-JAD-NJK |
| Plaintiff, | |
| vs. | [ECF No. 32] |
| PERFORMANCE FOOD GROUP, INC. WELFARE PLAN, | |
| Defendant. | |

**ORDGER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE HIS REPLY BRIEF IN SUPPORT OF HIS MOTION FOR COURT TO TAKE JUDICIAL NOTICE OF THE SOCIAL SECURITY ADMINISTRATION'S NOTICE OF AWARD (ECF No. 30)**

**(First Request)**

Plaintiff KEVIN BECKER and Defendant PERFORMANCE FOOD GROUP, INC.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

WELFARE PLAN, by and through their counsel of record in this matter, stipulate and agree to extend the time by one week for Plaintiff to file his reply brief in support of "Plaintiff Kevin Becker's Motion for Court to Take Judicial Notice of the Social Security Administration's Notice of Award, Finding Plaintiff Eligible for Social Security Disability Benefits." Plaintiff filed his motion on June 3, 2020. (*See* ECF No. 30). Defendant filed its opposition on June 17, 2020. (*See* ECF No. 31). By operation of LR 7-2(b), the deadline for Plaintiff to file his reply brief currently is set for June 24, 2020.

There is good cause for requesting this one-week extension. Plaintiff's counsel will be traveling out of the area from June 19, 2020, to June 28, 2020, on a previously scheduled vacation. Because of pressing demands in other matters, Plaintiff's counsel was unable to complete the reply brief prior to the scheduled start of his vacation trip. No oral argument has been requested or scheduled in this matter; therefore, that would not be affected by the requested extension.

| | |
|---|---|
| DATED: June 19, 2020. | DATED: June 19, 2020. |
| LAW OFFICES OF ROBERT P. SPRETNAK | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: /s/ Robert P. Spretnak<br>    Robert P. Spretnak, Esq. | By: /s/ Adrienne Brantley-Lomeli<br>    J. Christopher Jorgensen, Esq.<br>    Adrienne Brantley-Lomeli, Esq. |
| 8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| Attorney for Plaintiff | |
| | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: /s/ Edith S. Shea<br>    Edith S. Shea, Esq. (Admitted pro hac vice)<br>    Karen T. Tsui, Esq. (Admitted pro hac vice) |
| | 444 South Flower Street, Suite 2400<br>Los Angeles, California 90071-2953 |
| | Attorneys for Defendant |

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 22, 2020

Page 2 of 2

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123