# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BECKER,<br><br>    Plaintiff(s),<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC. WELFARE PLAN,<br><br>    Defendant(s). | Case No.: 2:19-cv-00217-JAD-NJK<br><br>**Order** |

On July 18, 2019, the Court set a schedule by which this case could be resolved through the filing of dispositive cross-motions. Docket No. 16. Those deadlines were later vacated in light of ongoing settlement discussions. Docket No. 20. On May 8, 2020, the settlement discussions had run their course, so the Court returned the case back to the normal litigation track. Docket No. 27. The parties did not at that juncture request a new schedule for dispositive motions. Instead, Plaintiff filed a motion for judicial notice. *See* Docket No. 28. That motion for judicial notice has now been resolved. Docket No. 36.

The parties are hereby **ORDERED** to meet and confer, and to file a joint proposed schedule to move this case forward to resolution. The joint proposed schedule must be filed by February 18, 2021.

IT IS SO ORDERED.

Dated: February 4, 2021

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge