# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN BECKER,

    Plaintiff(s),

v.

PERFORMANCE FOOD GROUP, INC. WELFARE PLAN,

    Defendant(s).

Case No.: 2:19-cv-00217-JAD-NJK

**Order**

    Pending before the Court is a joint proposed schedule. Docket No. 38. A telephonic hearing is hereby **SET** for 3:00 p.m. on February 25, 2021. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

    IT IS SO ORDERED.

    Dated: February 19, 2021

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge