Robert P. Spretnak (Bar No. 5135)
Email: bob@spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada. 89123
Tel: (702) 454-4900   Fax: (702) 938-1055

Attorneys for Plaintiff Kevin Becker

J. Christopher Jorgensen (SBN 5382)
E-mail:  CJorgensen@lrrc.com
Adrienne Brantley-Lomeli (SBN 14486)
E-mail:  ABrantley@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702-474-2642     Fax: 702-216-6178

Edith S. Shea (admitted *pro hac vice*)
E-mail:  eshea@bwslaw.com
Karen T. Tsui (admitted *pro hac vice*)
E-mail:  ktsui@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600    Fax:  213.236.2700

*Attorneys for Defendant*
*Performance Food Group, Inc. Welfare Plan*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BECKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PERFORMANCE FOOD GROUP, INC. WELFARE PLAN,<br><br>　　　　　Defendant. | Case No.  2:19-cv-00217-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>ECF No. 41 |

IT IS HEREBY STIPULATED by the parties hereto, by and through their undersigned counsel of record, that this action shall be dismissed in its entirety, with prejudice, as to all parties. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

DATED: June 22, 2021      LAW OFFICES OF ROBERT P. SPRETNAK

By: *s/ Robert P. Spretnak*
ROBERT P. SPRETNAK
Attorneys for Plaintiff Kevin Becker

DATED: June 22, 2021      LEWIS ROCA ROTHGERBER CHRISTIE LLP
CHRISTOPHER JORGENSEN
ADRIENNE BRANTLEY

BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Edith S. Shea*
EDITH S. SHEA
KAREN T. TSUI
Attorneys for Defendant Performance Food Group, Inc. Welfare Plan

**ORDER**

Based on the parties' stipulation **[ECF No. 41]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 23, 2021